FILED

08/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0284

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

BAGENDABANGA MUGONDOZI,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 6 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 1 2023